IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PETER COMEROTA,

        Plaintiff,

v.                        3:17-CV-1758
                          (JUDGE MARIANI)
ANDREW SAUL,

        Defendant.

## ORDER

AND NOW, THIS _16th_ DAY OF NOVEMBER 2020, upon *de novo* review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 14), Plaintiff's Objections thereto (Doc. 15), and all other relevant documents, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 14) is **ADOPTED** for the reasons set forth therein and in this Court's accompanying memorandum opinion.

2. Defendant's Objections (Doc. 15) are **OVERRULED** for the reasons set forth in this Court's accompanying memorandum opinion.

3. Plaintiff's Appeal is **DENIED**.

4. The Commissioner of Social Security's decision is **AFFIRMED**.

5. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge